No. 94–1395.  HERNANDEZ ET UX. *v.* BADGER CONSTRUCTION EQUIPMENT CO. ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 94–1396.  RIGGS *v.* SCINDIA STEAM NAVIGATION CO., LTD., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–1397.  ARRINGTON ET AL. *v.* WILKS ET AL.; and
No. 94–1422.  MARTIN ET AL. *v.* WILKS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 94–1399.  BULETTE ET AL. *v.* TROUT ET AL.  Commw. Ct. Pa.  Certiorari denied.

No. 94–1400.  SAKAI, ADMINISTRATOR, HALAWA CORRECTION FACILITY, ET AL. *v.* SMITH ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–1402.  THOMAS M. *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 94–1403.  BERNARD ET UX. *v.* COYNE, CHAPTER 7 TRUSTEE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–1409.  SUMMERS *v.* GRIFFITH.  Sup. Ct. Ark.  Certiorari denied.

No. 94–1411.  ST. JUDE HOSPITAL OF KENNER, LOUISIANA, INC. *v.* TRAVELERS INSURANCE CO.  C. A. 5th Cir.  Certiorari denied.

No. 94–1413.  BAKER, LEGALLY INCAPACITATED PERSON BY BAKER, GUARDIAN, ET AL. *v.* SEARS, ROEBUCK & CO.  C. A. 6th Cir.  Certiorari denied.

No. 94–1414.  MEAD CORP. *v.* BEAZER EAST, INC.  C. A. 3d Cir.  Certiorari denied.

No. 94–1415.  IMMANUEL *v.* BARRY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL.  Ct. App. D. C.  Certiorari denied.

No. 94–1425.  DAVIS *v.* UNION NATIONAL BANK ET AL.  C. A. 7th Cir.  Certiorari denied.